IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY AUSTIN BENTON                                                                                          PLAINTIFF

v.                                              Case No. 6:22-cv-06047

TODD BALL et al                                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 8, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 10). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

On August 24, 2022, Plaintiff filed objections to the Report and Recommendation. The objections, however, do not appear to be pertinent to the case at hand and do not otherwise remedy Plaintiff's failure to comply with court orders. Furthermore, the Court will not prejudice Plaintiff's ability to refile his case appropriately if Plaintiff believes he continues to have reason to do so.

Upon review, the Court finds that the report (ECF No. 10). is without clear error and should be and hereby is **adopted *in toto***. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE**. Any motions currently pending are **DENIED AS MOOT.**

IT IS SO ORDERED this 1st day of September, 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**